IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JAMES WHITEHEAD                                                                                        PLAINTIFF

VS.                                            Civil No. 4:14-cv-4085

WILLIAM MAY                                                                                            DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed April 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that the above-styled case be dismissed without prejudice for failure to comply with this Court's orders and failure to prosecute this matter. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 29th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge